UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLOCK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:12-CV-0136-MHS |
| ) | |
| GLOBAL GUNS & HUNTING, INC. ) | |
| d/b/a OMB GUNS and JOHN ) | |
| RALPH, III, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 19, 2015, by United States First Class Mail and by email, served copies of: **1) Defendant's Second Amended Response to Plaintiff's Fifth Set of Interrogatories; 2) Defendant John Ralph, III's Second Amended Response to Plaintiff's First Set of Interrogatories; 3) Defendant John Ralph, III's Amended Response to Plaintiff's First Set of Requests for Admissions; 4) Defendant's Second Amended Response to Plaintiff's Sixth Set of Interrogatories; and 5) Defendant's Second Supplemental Response to Plaintiff's First Interrogatories** to the following:

9309/22462/570

Christopher E. Parker
Michael P. Kohler
Miller & Martin PLLC
1170 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
Telephone:  (404) 962-6100
Facsimile:  (404) 962-6300
cparker@millermartin.com
mkohler@millermartin.com

John F. Renzulli
Christopher Renzulli
Scott C. Allan
Cornelius J. McCarthy
(admitted pro hac vice)
Renzulli Law Firm
81 Main Street, Suite 508
White Plains, NY  10601
Telephone: (914) 258-0700
Facsimile: (914) 285-1213
jrenzulli@renzullilaw.com
crenzulli@renzullilaw.com
sallan@renzullilaw.com

Dated on March 19, 2015.

                    KINSEY, VINCENT, PYLE, P.L.

By:   s/ James A. Pickens
       S. LaRue Williams (pro hac vice)
       Drew C. Williams (pro hac vice)
       James A. Pickens (pro hac vice)
       150 S. Palmetto Avenue, Suite 300
       Daytona Beach, FL 32114
       Telephone: (386) 252-1561
       Facsimile: (386) 254-8157
       slw@kvplaw.com
       dcw@kvplaw.com
       jp@kvplaw.com

                -and-

Corey M. Stern
Georgia Bar No. 680303
Woodward + Stern, LLC
1124 Canton Street
Roswell, GA 30075
Telephone: (770) 640-7667
Facsimile: (770) 640-7866
corey@woodwardstern.com

Attorneys for Defendants GLOBAL GUNS & HUNTING, INC. d/b/a OMB GUNS and JOHN RALPH, III