UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLOCK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:12-CV-0136-MHS |
| ) | |
| GLOBAL GUNS & HUNTING, INC. ) | |
| d/b/a OMB GUNS and JOHN ) | |
| RALPH, III, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 9, 2015, by United States First Class Mail and Certified Mail, served a copy of: **1) Kinsey, Vincent, Pyle, P.L. and Woodward + Stern, LLC's Motion Requesting Permission to Withdraw and Memorandum of Law in Support** to the following:

Defendant GLOBAL GUNS & HUNTING, INC. d/b/a OMB GUNS
15765 S. Keeler Street
Olathe, Kansas 66062

Defendant JOHN RALPH, III
24038 W. 117th Street
Olathe, Kansas 66061

9309/22462/615

Dated on June 9, 2015.

         KINSEY, VINCENT, PYLE, P.L.

By:   s/ James A. Pickens
   S. LaRue Williams (pro hac vice)
   Drew C. Williams (pro hac vice)
   James A. Pickens (pro hac vice)
   150 S. Palmetto Avenue, Suite 300
   Daytona Beach, FL  32114
   Telephone:  (386) 252-1561
   Facsimile:  (386) 254-8157
   slw@kvplaw.com
   dcw@kvplaw.com
   jp@kvplaw.com

       -and-

   Corey M. Stern
   Georgia Bar No. 680303
   Woodward + Stern, LLC
   1124 Canton Street
   Roswell, GA  30075
   Telephone:  (770) 640-7667
   Facsimile:  (770) 640-7866
   corey@woodwardstern.com

   Attorneys for Defendants GLOBAL GUNS & HUNTING, INC. d/b/a OMB GUNS and JOHN RALPH, III

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing Certificate of Service has been prepared using Times New Roman 14 point font, one of the approved font and point selections specified in LR 5.1(C), NDGa.

                                         KINSEY, VINCENT, PYLE, P.L.

                                         /s James A. Pickens
                                         S. LaRue Williams (pro hac vice)
                                         Drew C. Williams (pro hac vice)
                                         James A. Pickens (pro hac vice)
                                         150 S. Palmetto Avenue, Suite 300
                                         Daytona Beach, FL  32114
                                         Telephone:  (386) 252-1561
                                         Facsimile:  (386) 254-8157
                                         slw@kvplaw.com
                                         dcw@kvplaw.com
                                         jp@kvplaw.com

                                         Attorneys for Defendants GLOBAL GUNS & HUNTING, INC. d/b/a OMB GUNS and JOHN RALPH, III

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2015, I electronically filed the Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Christopher E. Parker<br>Michael P. Kohler<br>Miller & Martin PLLC<br>1170 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA  30309<br>Telephone:  (404) 962-6100<br>Facsimile:  (404) 962-6300<br>cparker@millermartin.com<br>mkohler@millermartin.com | John F. Renzulli<br>Christopher Renzulli<br>Scott C. Allan<br>Cornelius J. McCarthy<br>(admitted pro hac vice)<br>Renzulli Law Firm<br>81 Main Street, Suite 508<br>White Plains, NY  10601<br>Telephone: (914) 258-0700<br>Facsimile: (914) 285-1213<br>jrenzulli@renzullilaw.com<br>crenzulli@renzullilaw.com<br>sallan@renzullilaw.com |

/s James A. Pickens
S. LaRue Williams (pro hac vice)
Drew C. Williams (pro hac vice)
James A. Pickens (pro hac vice)

Attorneys for Defendants GLOBAL GUNS & HUNTING, INC. d/b/a OMB GUNS and JOHN RALPH, III

Kinsey, Vincent, Pyle, P.L.
150 S. Palmetto Avenue, Suite 300
Daytona Beach, FL  32114
Telephone:  (386) 252-1561
Facsimile:  (386) 254-8157
slw@kvplaw.com
dcw@kvplaw.com
jp@kvplaw.com

9309/22462/615