UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLOCK, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:12-CV-136-MHS |
| GLOBAL GUNS & HUNTING, INC. d/b/a OMB Guns, et al., | : |
| Defendants. | : |

### ORDER

The Court GRANTS the motion of S. LaRue Williams, Drew C. Williams, and James A. Pickens and the law firm of Kinsey, Vincent, Pyle, P.L., and Corey M. Stern and the law firm of Woodward + Stern, LLC, to withdraw as counsel for defendants Global Guns & Hunting, Inc. d/b/a OMB Guns ("OMB"), and John Ralph III [Doc. 187].

Pursuant to Local Rule 83.1E(4), defendants shall have twenty-one (21) days from the date of entry of this order to notify the clerk of the appointment of another attorney and provide the clerk with the current telephone number and address of the newly-appointed attorney; or, in the case of defendant Ralph, to notify the clerk of his decision to appear *pro se* and provide the

clerk with his current telephone number and address.[1] Failure to comply with this order shall constitute a default.

Within thirty (30) days after defendants' compliance with this order, the parties shall file their proposed consolidated pretrial order. If defendants fail to comply with this order, the Court will direct entry of their default and, since the undersigned no longer conducts trials, will direct the clerk to reassign the case to another judge to conduct a trial on damages.

The Court DIRECTS the clerk to mail a copy of this order to defendants at their last known addresses, as follows:

> Global Guns & Hunting, Inc. d/b/a OMB Guns
> 15765 S. Keeler Street
> Olathe, Kansas 66062
>
> John Ralph III
> 24038 W. 117th Street
> Olathe, Kansas 66061

IT IS SO ORDERED, this 22 day of June, 2015.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

---

[1] As a corporation, OMB cannot appear *pro se* but must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).