**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **GLOCK, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:12–CV–0136-AT** |
| **v.** | ) | |
| | ) | |
| **GLOBAL GUNS & HUNTING,** | ) | |
| **INC. d/b/a OMB GUNS and** | ) | |
| **JOHN RALPH, III,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**GLOCK, INC.'S RESPONSE TO THE SEPTEMBER 12, 2016 ORDER**
**REGARDING THE AUGUST 8-10, 2017 DAMAGES HEARING**

COMES NOW Plaintiff Glock, Inc. ("Glock") by and through counsel, and respectfully submits its response to the September 12, 2016 Order regarding the witnesses that it may call to testify during the damages hearing scheduled for August 8-10, 2017, and the exhibits that it may seek to introduce into evidence.

At present, Glock intends to call Carlos Guevara, Gary Fletcher, and Scott Allan as witnesses to testify during the damages hearing. If John Ralph, III ("Ralph") is present during the hearing, Glock may also call him as a witness and/or cross-examine him. Glock will also call rebuttal witnesses to the extent necessary.

An index of the exhibits that Glock may seek to introduce into evidence during the

damages hearing is attached hereto as Exhibit 1.

Dated:  Atlanta, Georgia
         September 21, 2016

                              Respectfully submitted,

                         By:  */s/ Christopher E. Parker*
                              Christopher E. Parker
                              Georgia Bar No. 562152
                              Michael P. Kohler.
                              Georgia Bar No. 427727
                              **MILLER & MARTIN PLLC**
                              1180 West Peachtree Street, N.W., Suite 2100
                              Atlanta, GA 30309

                                      – and –

                              John F. Renzulli (*pro hac vice*)
                              Christopher Renzulli (*pro hac vice*)
                              Scott C. Allan (*pro hac vice*)
                              **RENZULLI LAW FIRM, LLP**
                              81 Main Street, Suite 508
                              White Plains, NY 10601
                              Telephone: (914) 285-0700
                              Facsimile:  (914) 285-1213

                              Attorneys for Plaintiff Glock, Inc.

## <u>CERTIFICATE OF COMPLIANCE WITH LR 7.1(D)</u>

I certify that the foregoing Response to the September 12, 2016 Order Regarding the August 8-10, 2017 Damages Hearing has been prepared using Times New Roman 14 point font, one of the approved font and point selections specified in LR 5.1(C), NDGa.

*/s/ Christopher E. Parker*
Christopher E. Parker
Georgia Bar No. 562152
cparker@millermartin.com
**MILLER & MARTIN PLLC**
1180 West Peachtree Street, N.W., Suite 2100
Atlanta, GA 30309

Attorneys for Plaintiff Glock, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 21, 2016, I served Glock, Inc.'s Response

to the September 12, 2016 Order Regarding the August 8-10, 2017 Damages Hearing

by U.S. Mail, postage prepaid, addressed to:

> Global Guns & Hunting, Inc. d/b/a OMB Guns
> 15765 S. Keeler Street
> Olathe, KS 66062
>
>     – and –
>
> John Sullivan Ralph
> Register Number: 24538-031
> FPC Yankton
> Federal Prison Camp
> P.O. Box 700
> Yankton, SD 57078

> */s/ Christopher E. Parker*
> Christopher E. Parker
> Georgia Bar No. 562152
> chris.parker@millermartin.com
> **MILLER & MARTIN PLLC**
> 1180 West Peachtree Street, N.W., Suite 2100
> Atlanta, GA 30309
>
> Attorneys for Plaintiff Glock, Inc.

4

**GLOCK, INC.'S EXHIBIT LIST**

| Exhibit Number | Description | Bates Number(s) |
|---|---|---|
| 1 | March 31, 2011 email between Glock and Engage Armament | GI 4313-17 |
| 2 | OMB Invoice and Firearm Sale Record to Engage Armament | GI 1-2 |
| 3 | Glock's Invoices to OMB for the Pistols Resold to Engage Armament | GI 4-5 |
| 4 | Photograph of Converted Pistols OMB Sold to Engage Armament | GI 4318 |
| 5 | Glock's UPC Code Chart | GI 3802 |
| 6 | Spreadsheet showing difference between LE and Commercial Prices | GI 14484 (printout from Excel spreadsheet) |
| 7 | OMB's LE Purchase Orders to Glock | GI 2599-3515 |
| 8 | Glock invoices to OMB - converted LE pistols to commercial market | GI 4-21268 (selected pages) |
| 9 | OMB QuickBooks invoices and eBound records for converted LE pistols to commercial market | GI-OMB 1-5703 |
| 10 | Summary of Converted LE Pistols | GI 21042-265 |
| 11 | Summary of Converted Gen3 LE Pistols | GI 21277-517 |
| 12 | Special Pricing Requests | 4350-52, 4355-56, 4370-82, 4385-90, 4408-38, 4468-94, 4497-500, 4503-04, 4507-29, & 20651-65 |
| 13 | OMB Purchase Orders to Glock for Special Price Pistols | GI 2600-4527 (selected pages), & GI 20666-91 |
| 14 | Glock's invoices to OMB for Special Price Pistols | GI 9-2431 (selected pages) |
| 15 | OMB invoices to LE agencies for Specially Price Pistols | GI-OMB 5704-813 |
| 16 | Special Pricing Analysis | GI 21269-73 |
| 17 | Glock Sales Sample Forms 2008-2010 | GI 19,566-68 |
| 18 | OMB Sales Sample Purchase Orders and Glock Invoices – 2008 | GI 2599, GI 6-8, GI 29-30, GI 41 GI 66, GI 79, GI 120, & GI 135 |
| 19 | OMB Sales Sample Purchase Orders and Glock Invoices – 2009 | GI 2863-64, GI 850-1276 (selected pages) |
| 20 | OMB Sales Sample Purchase Orders and Glock Invoices – 2010 | GI 3215-16, GI 1539-1827 (selected pages) |
| 21 | Glock's Shipping Invoices to OMB for Promo Items | GI 20,692-765 |

| 22 | Second Amended Judgment in Criminal Case | |
|----|------------------------------------------|---|
| 23 | Restitution Order in Criminal Case | |
| 24 | Josh Dorsey June 16, 2015 Restitution Affidavit | |
| 25 | Carlos Guevara July 7, 2015 Restitution Affidavit | |
| 26 | Master List and Earnings Records showing payments made to LD | GI 14498-503, GI 14505-08, & GI 14510-13 |
| 27 | 1099 Misc. Forms to LD and SS LLC | GI-LD 1-5, GI 14504, GI 14509, GI 14537, GI-SS 1, OMB 38, & GI-KBBB 2 |
| 28 | Checks to LD | GI 14536, & GI 14538-64 |
| 29 | Master List and Earnings Records showing payments to PW | GI 14498, GI 14500, GI 20576-79, GI 20582-85, GI 20587-90, & GI 20616-19 |
| 30 | 1099 Misc. Forms to PW and TM LLC | GI 20581, GI 20586, GI 20615, OMB 29, OMB 33, OMB 35, OMB 38, GI-PWTM 1, & GI-KB-BB 2 |
| 31 | Checks to PW | GI 20591-614, & GI 20620-41 |
| 32 | PW's Schedule C | GI-PWTM 171, GI-PWTM 179, GI-PWTM 187, GI-PWTM 195, GI-PWTM 204, GI-PWTM 213, & GI-PWTM 222 |
| 33 | Wire transfers to Tropical | GI-PW-TM 28-109 |
| 34 | Account Statements | GI-KB-BB 3-8 |
| 35 | February 22, 2010 Email from Fletcher | GI 4330 |
| 36 | October 27, 2009 Email from Dutton to OMB Attaching Glock's Confidential Stocking Dealer List | GI 20504-42 |
| 37 | November 9, 2010 Email from Dutton to Ralph Attaching Glock's Confidential Stocking Dealer List | GI 20543-61 |
| 38 | January 16, 2010 Email from Wood to Ralph re Competitors of OMB not Bidding on an LE Agency Bid | OMB 67486-87 |
| 39 | BidNet Alerts | GI 19693-20139 |
| 40 | February 2, 2009 sole source letter and email correspondence between Rob Walker and Craig Dutton | GI 3982-86 |

| 41 | February 2, 2010 Letter from Douglas M. Kiesler | GI 4325-29 |
|----|--------------------------------------------------|------------|
| 42 | January 4, 2010 Email from Dutton to Ralph | OMB 67175 |
| 43 | October 24, 2008 email from Ralph to Dutton | OMB 57654 |
| 44 | 2008-2010 Sales Sample Summary | GI 19693-95 |
| 45 | QuickBooks (.qbb) and eBound (.mdb) data produced by OMB in response to Judge Shoob's May 24, 2012 Order | |
| 46 | Legal invoices from Renzulli Law Firm, LLP regarding investigation into allegations that defendants had been paying bribes to Craig Dutton and Bo Wood | |
| 47 | Legal invoices from Renzulli Law Firm, LLP through July 31, 2017 | |
| 48 | Legal invoices from Miller & Martin, PLLC through July 31, 2017 | |
| 49 | Legal invoices from Renzulli Law Firm, LLP from August 2017 through final conclusion of this case, including any appeal | |
| 50 | Legal invoices from Miller & Martin, PLLC from August 2017 through final conclusion of this case, including any appeal | |