IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLOCK, INC. | : | |
| Plaintiff, | : : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:12-CV-136-AT |
| | : | |
| GLOBAL GUNS & HUNTING, INC. d/b/a OMB Guns, et al., | : : : | |
| Defendants. | : : : : | |

## ORDER

The Court has reviewed the parties' submissions in response to its September 30, 2016 Order. That Order addressed, in part, Mr. Ralph's objections that he (1) was not sure he could access Glock's Exhibit 45, which was a computer disc; and (2) he did not have paper copies of Glock's Exhibits 46-50, which were Glock's counsel's legal fee invoices. Mr. Ralph has since confirmed he cannot access Exhibit 45 on his prison's computers.

Glock's response to the Court's September 30, 2016 Order explained that (1) Exhibit 45 contained Defendant OMB's QuickBooks software and data that covers much of OMB's business operations; (2) printing all of that data would require the production of hundreds of thousands or millions of pages; and (3) Mr.

Ralph already has printouts of roughly 6,000 pages of this data that covers the pistol sales at issue in this case. (Doc. 209 at 2-3.)

The Court is satisfied, based upon the representations of Glock's counsel, that Mr. Ralph has paper copies of the most relevant portions of Exhibit 45 in Glock's Exhibit 9, and that Mr. Ralph can review the remainder of the data on the Exhibit 45 disc once he is released from prison. (Glock's Response to the September 30, 2106 Order at 3.)[1]

The Court also agrees with Glock that producing attorney invoices would be premature as the Court has not awarded attorney's fees. Glock will have to produce those invoices in the event that the Court awards attorney's fees.

It is so **ORDERED** this 31st day of October, 2016.

                                                   _____
                                                   **AMY TOTENBERG**
                                                   **UNITED STATES DISTRICT JUDGE**

---

[1] The Court understands that Mr. Ralph is under some disclosure deadlines that loom in the next several months. If after his release Mr. Ralph finds some evidence buried within the contents of the Exhibit 45 disc that he wishes to use at the damages hearing, he may seek to amend those disclosure deadlines.