FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV -7 2016

JAMES N. HATTEN, CLERK
By:
       Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| Glock Inc. )  |  |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case no. 1:12-CV-0136 |
| ) | |
| Global Guns & Hunting Inc. ) | |
| DBA OMB Guns, and ) | |
| John Ralph III, ) | |
|     Defendant(s) ) | |

---

**DEFENDANT'S MOTION FOR AN EXTENSION TO ANSWER TO THE COURT'S SEPTEMBER 30, 2016 ORDER:**

Comes now John Ralph (Ralph), a pro se defendant, respectfully submits his request for an extension to answer to the Sept. 30, 2106 order and presents the following:

1. Ralph submitted a motion to dismiss due to Glock's untimely answer to the September 30, 2016 ORDER which took time and resources to research how to respectfully submit.

2. Ralph, an inmate of the Federal Bureau of Prison (BOP), is restricted in the BOP numerous abilities that are unlike the "normal" or "outside" world.

3. Restrictions on mailing out legal paperwork and/or packages are limited to Tuesdays and Thursdays only and are subject to times of 7:30 a.m. to 7:45 a.m. If one is able to make it and mail out on either one of those mornings, mail is considered same day and stamped as such. The other time available on those days is between 11:30 a.m. and noon. If mailed during these times, mail is not stamped and considered until the following day, however.

4. To mail anything over 13 oz one must obtain special permission ahead of time. This requires signature of individuals who might not always be available daily.

5. If there is a requirement to mail anything that would cost more than twenty (20) U.S dollars, then another approval is required and stamps can only be purchased once a week.

6. Internet is not available and, therefore, any filing online is not practicable.

7. Accessing the law library to research the federal rules and case law(s) is limited to a maximum of two (2) hours at a time on the computer. After the two (2) hours time limit one must wait thirty (30) minutes to be get back on again.

8. Count times are at 3: a.m., 5 a.m., 8 a.m., 12:15 p.m., 4 p.m., 10 p.m., and 12 a.m. At these times defendant has to be in his housing unit, except for the 8 a.m. and 12:15 p.m. count during week days, and to pack up his materials before each count, thereby, making his research difficult.

9. To address anything to the Court an IBM typewriter circa 1980's is the only instrumenmt available.

10. To make copies, a copy card has to be purchased. Each week, two (2) cards can be purchased and they collectively allow for one hundred (100) copies.

For all of the reasons stated above, Ralph respectively requests Court's indulgence in granting him an extension of forty five (45) days to answer adequately to Court's Sept. 30, 2016 ORDER.

Respectfully submitted,

John Ralph III,
Pro se defendant

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was mailed on _November 3_, 2016 postage prepaid, certified, per the Prison Mail Box Rule to the Clerk of the Court at US DIST COURT 75 TED TURNER DR SW Richard B Russell Bldg Atlanta GA 30303 Room 211  Mollek & Martens PLLC 1180 W Peachtree St NW Regions Plaza Suite 2100 Atlanta GA 30309-3407

_/s/ John Ralph_
John Ralph III
Pro se defendant

NAME: John Rach
REG#: 24538-031
FEDERAL PRISON CAMP
P.O. BOX 700
YANKTON, SD 57078



CERTIFIED MAIL
7015 1730 0001 7171 3497



⇔24538-031⇔
United States Dist Court
75 TED Turner DR SW
Richard B Russell Bldg
Atlanta, GA 30303
United States
Room 211

30303-331861